UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                      )
MARGARET O'CONNER,                    )
                                      )
            Plaintiff,                )
                                      )
      v.                              )         CIVIL ACTION
                                      )         NO. 10-CV-11416
JORDAN HOSPITAL                       )
                                      )
                                      )
            Defendant.                )
_____)

## JOINT MOTION TO CONTINUE TRIAL DATE AND ALL PRELIMINARY DATES

Plaintiff Margaret O'Connor and Defendant Jordan Hospital (collectively referred to herein as the "Parties") Jointly move this Court for an order continuing the trial date (currently scheduled to begin January 21, 2014) and all other preliminary dates related to trial indefinitely. As grounds for this Motion, the Parties state that they have settled this matter and are currently working to draft and execute a Settlement Agreement. Once the Settlement Agreement is executed, Plaintiff will file a Stipulation of Dismissal with the Court as per Rule 41 of the Federal Rules of Civil Procedure.

| Counsel for the plaintiff, | Counsel for the defendant, |
|---|---|
| /s/ Timothy M. Burke | /s/ Michelle R. Peirce |
| Timothy M. Burke, BBO # 065720 | Michelle R. Peirce , BBO# 557316 |
| Law Offices of Timothy M. Burke | DONOGHUE, BARRETT & SINGAL, PC |
| 160 Gould Street, Suite 111 | One Beacon Street, Suite 1320 |
| Needham, MA 02494-2300 | Boston, MA  02108 |
| (781) 455-0707 | (617) 720-5090 |

Dated:   January 2, 2014

## **CERTIFICATE OF SERVICE**

      I, Michelle R. Peirce, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 2nd day of January, 2014.

                          /s/ Michelle R. Peirce
                          Michelle R. Peirce